UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MONTIE SPIVEY | CASE NO. 6:22-CV-00491 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CHITIMACHA TRIBE OF LOUISIANA ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 12) is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, for the same reasons set forth in 21-cv-02257, that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 24th day of June, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE